IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE LORENZO BONILLA-ALFARO, | No. 10-03514 CW |
| Petitioner, | ORDER REQUIRING FURTHER BRIEFING |
| v. | |
| JANET NAPOLITANO, et al., | |
| Respondents. | |

On August 11, 2010, Petitioner Rene Lorenzo Bonilla-Alfaro filed a petition for a writ of habeas corpus.  Petitioner challenges the December 21, 2001 Order of Supervision.  Respondents are hereby ordered to respond to the petition by September 10, 2010.  Petitioner may file a reply by September 24, 2010.  The matter will be taken under submission and decided on the papers.

IT IS SO ORDERED.

Dated: 08/27/10

CLAUDIA WILKEN
United States District Judge